IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY E. PROCTOR, | : | Civil No. 1:24-CV-02008 |
| Plaintiff, | : | |
| v. | : | |
| SUSQUEHANNA TOWNSHIP BOROUGH, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 17th day of February, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff's objection, Doc. 13, is **OVERRULED**.

2) The report and recommendation, Doc. 12, is **ADOPTED**.

3) Plaintiff's complaint, Doc. 11, is **DISMISSED WITH PREJUDICE** without leave to amend except as to two claims: Plaintiff's false arrest claim against the police officers and relevant municipality is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to pursue that claim after his criminal case is resolved, and Plaintiff's claim for retaliation and access to the courts against Dauphin County Prison employees is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to pursue those claims in a separate action.

4) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania